No. 89–7008.  IN RE CARSON; and

No. 89–7350.  IN RE SWENTEK.  Petitions for writs of mandamus denied.

No. 89–6889.  IN RE MCFADDEN.  Petition for writ of mandamus and/or prohibition denied.

No. 89–1332.  MCNARY, COMMISSIONER OF IMMIGRATION AND NATURALIZATION, ET AL. v. HAITIAN REFUGEE CENTER, INC., ET AL.  C. A. 11th Cir.  Certiorari granted.

No. 89–1416.  AIR COURIER CONFERENCE OF AMERICA v. AMERICAN POSTAL WORKERS UNION, AFL–CIO, ET AL.  C. A. D. C. Cir.  Certiorari granted.

No. 89–1598.  EASTERN AIRLINES, INC. v. FLOYD ET AL. C. A. 11th Cir.  Certiorari granted.

No. 89–1452.  MOBIL OIL EXPLORATION & PRODUCING SOUTHEAST, INC., ET AL. v. UNITED DISTRIBUTION COS. ET AL.; and

No. 89–1453.  FEDERAL ENERGY REGULATORY COMMISSION v. UNITED DISTRIBUTION COS. ET AL.  C. A. 5th Cir.  Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.  Reported below: 885 F. 2d 209.

No. 89–7024.  MCCLESKEY v. ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER.  C. A. 11th Cir. Motion of petitioner for leave to proceed in forma pauperis granted.  Certiorari granted.  In addition to the questions presented by the petition, the parties are requested to brief and argue the following question: "Must the State demonstrate that a claim was deliberately abandoned in an earlier petition for a writ of habeas corpus in order to establish that inclusion of that claim in a subsequent habeas petition constitutes abuse of the writ?"

No. 88–1885.  LEONARD v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.